UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANELY LISZEWSKI<br>        Plaintiff,<br><br>v.<br><br>LUCENT TECHONOLGIES LONG<br>TERM DISABILITY PLAN and<br>CIGNA GROUP INSURANCE<br>        Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-10666 RGS<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

NOW COMES, David B. Crevier, and hereby enters his appearance on behalf of the Defendant Lucent Technologies Long Term Disability Plan in the above entitled action.

                                        Respectfully Submitted,
                                        Defendant Lucent Technologies Long Term
                                        Disability Plan

                                        /s/ David B. Crevier
                                        David B. Crevier, BBO # 557242
                                        Katherine R. Parsons, BBO # 657280
                                        CREVIER & RYAN, LLP.
                                        1500 Main Street, Suite 2020
                                        Springfield, MA 01115-5727
                                        Tel: (413) 787-2400
                                        Fax: (413) 781-8235
                                        Email: dcrevier@crevierandryan.com
                                                        kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing on Plaintiff's counsel, by first class U.S. Mail, postage pre-paid this 3rd of August 2005.

                                                                         /s/ David B. Crevier