UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANELY LISZEWSKI<br>        Plaintiff,<br><br>v.<br><br>LUCENT TECHONOLGIES LONG<br>TERM DISABILITY PLAN and<br>CIGNA GROUP INSURANCE<br>        Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 05-10666 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

NOW COMES, Katherine R. Parsons, and hereby enters her appearance on behalf of the Defendant Lucent Technologies Long Term Disability Plan in the above entitled action.

                                       Respectfully Submitted,
                                       Defendant Lucent Technologies Long Term
                                       Disability Plan

                                       */s/ Katherine R. Parsons*
                                       David B. Crevier, BBO # 557242
                                       Katherine R. Parsons, BBO # 657280
                                       CREVIER & RYAN, LLP.
                                       1500 Main Street, Suite 2020
                                       Springfield, MA 01115-5727
                                       Tel: (413) 787-2400
                                       Fax: (413) 781-8235
                                       Email: dcrevier@crevierandryan.com
                                                      kparsons@crevierandryan.com

**CERTIFICATE OF SERVICE**

I certify that I served a true copy of the foregoing on Plaintiff's counsel, by first class U.S. Mail, postage pre-paid this 3rd of August 2005.

                                                        */s/ Katherine R. Parsons*