UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY LISZEWSKI<br>　　　　Plaintiff,<br><br>v.<br><br>LUCENT TECHONOLGIES LONG<br>TERM DISABILITY PLAN and<br>CIGNA GROUP INSURANCE<br>　　　　Defendants. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-10666 RGS<br> ) <br> ) <br> ) <br> ) <br> ) |

## ASSENTED TO MOTION TO EXTEND TIME BY WHICH DEFENDANTS MUST FILE RESPONSIVE PLEADING

Whereas, Plaintiff has filed the present suit against the Defendants alleging violations of ERISA, 29 U.S.C. § 1132, et. seq.;

Whereas, Plaintiff is in the process of amending his complaint to name the correct entity;

Whereas, the Defendants are in the process of obtaining materials necessary to respond to the Complaint;

Whereas, Plaintiff has assented to extending the time by which the Defendants must file an answer or other responsive pleading until October 5, 2005;

Accordingly, the Defendants respectfully request that the Court grant this assented to motion extending the date by which the Defendants must file an answer or otherwise plead in response to the complaint until October 5, 2005.

Assented to by:
Stephen L. Raymond, Esq.
3 Washington Square, Suite 206
Haverhill, MA 01830
Tel: 978-372-6590
Fax: 978-372-6596


Respectfully Submitted, the Defendants

LUCENT TECHONOLGIES LONG
TERM DISABILITY PLAN and CIGNA GROUP INSURANCE
By their Counsel:

David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Fax: 413-781-8235
Emails:  dcrevier@crevierandryan.com
         kparsons@crevierandryan.com


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, postage prepaid this 6th day of September, 2005.