# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STANLEY LISZEWSKI<br><center>Plaintiff,</center><br><br>v.<br><br>LUCENT TECHONOLGIES LONG<br>TERM DISABILITY PLAN and<br>CIGNA GROUP INSURANCE<br><center>Defendants.</center> | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 05-10666 RGS <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## JOINT MOTION TO DISMISS
## DEFENDANT CIGNA GROUP INSURANCE AS A PARTY

Pursuant to Fed. R. Civ. P. 21, the parties move to dismiss, without prejudice, CIGNA Group Insurance ("CGI") as a Defendant in the above-referenced matter. As grounds for this Motion, the parties state that they have agreed that CGI is not a proper party to this action insofar as CGI is not a legal entity.

WHEREFORE, the parties respectfully request that this motion be granted.

Dated: September 6, 2005

The Plaintiff
STANLEY LISZEWSKI,
By his attorney,


s/Stephen L. Raymond
Stephen L. Raymond, Esq.
3 Washington Square, Suite 206
Haverhill, MA 01830
Tel: 978-372-6590
Fax: 978-372-6596

The Defendants
LUCENT TECHONOLGIES LONG
TERM DISABILITY PLAN and CIGNA GROUP
INSURANCE
By their Counsel:


s/David B. Crevier
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
Crevier & Ryan, LLP
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Fax: 413-781-8235
Emails: dcrevier@crevierandryan.com
kparsons@crevierandryan.com