**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STANLEY LISZEWSKI<br>    Plaintiff,<br><br>v.<br><br>LUCENT TECHNOLOGIES LONG TERM<br>DISABILITY PLAN and CONNECTICUT<br>GENERAL LIFE INSURANCE COMPANY<br>    Defendants. | )<br>)<br>)<br>)<br>) Civil Action No. 05-10666 RGS<br>)<br>)<br>)<br>)<br>)<br>) |

**CORPORATE DISCLOSURE STATEMENT OF**
**CONNECTICUT GENERAL LIFE INSURANCE COMPANY**

Defendant Connecticut General Life Insurance Company ("CGLIC"), pursuant to Rule 7.3 of the Local Rules of the Untied States District Court for the District of Massachusetts, hereby makes the following disclosures: (1) CGLIC is a wholly owned subsidiary of Connecticut General Corporation, which is a wholly owned subsidiary of CIGNA Holdings, Inc., which is a wholly owned subsidiary of CIGNA Corporation; and (2) CIGNA Corporation (indirectly as reflected above) is a public traded company that owns 10% or more of CGLIC's stock.

Respectfully Submitted,

Connecticut General Life Insurance Company
By its Attorneys:

CREVIER & RYAN, LLP.

_/s/ Katherine R. Parsons_
David B. Crevier, BBO # 557242
Katherine R. Parsons, BBO # 657280
1500 Main Street, Suite 2020
Springfield, MA 01115
Tel: 413-787-2400
Fax: 413-781-8235
Email: dcrevier@crevierandryan.com
          kparsons@crevierandryan.com

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on Plaintiff's counsel by first class U.S. Mail, Postage prepaid this 7th day of October, 2005.

*/s/ Jennifer Goncalves*