UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STANLEY LISZEWSKI )
      Plaintiff, )
)
v. )   Civil Action No. 05-10666 RGS
)
LUCENT TECHNOLOGIES LONG )
TERM DISABILITY PLAN and )
CONNECTICUT GENERAL LIFE )
INSURANCE COMPANY )
      Defendants. )
)

## LUCENT TECHNOLOGIES LONG TERM DISABILITY PLAN AND CONNECTICUT GENERAL LIFE INSURANCE COMPANY'S CERTIFICATION REGARDING COSTS AND ALTERNATE DISPUTE RESOLUTION

Pursuant to Local Rule 16.1(d)(3), the Defendants, Lucent Technologies Long Term Disability Plan and Connecticut General Life Insurance Company, files this Certification Regarding Costs and Alternate Dispute Resolution.

**Certification Regarding Costs And Alternate Dispute Resolution**

We hereby certify that we have conferred with a view to establishing a budget for the costs of conducting the full course—and various alternative courses-- of the litigation; and that we have considered the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

LUCENT TECHNOLOGIES LONG TERM DISABILITY PLAN,

_/s/ Helen C. Castellano_
By:   Helen C. Castellano
Its:    Legal Manager Specialist

1

CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

*[signature: Naomi W. Biggs]*

By: NAOMI BIGGS
Its: Sr. Counsel

COUNSEL TO LUCENT TECHNOLOGIES LONG TERM DISABILITY PLAN and CONNECTICUT GENERAL LIFE INSURANCE COMPANY,

*[signature]*

David B. Crevier
Katherine R. Parsons

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on all counsel of record by first class U.S. Mail, postage prepaid this 12th day of December, 2005.

*[signature]*