<strong>UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS</strong>

```
_____
                                    )
STANLEY LISZEWSKI                   )
        Plaintiff,                  )
                                    )
v.                                  )   Civil Action No. 05-10666 RGS
                                    )
LUCENT TECHNOLOGIES LONG TERM       )
DISABILITY PLAN and CONNECTICUT     )
GENERAL LIFE INSURANCE COMPANY      )
        Defendants.                 )
_____)
```

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), the parties hereby voluntarily stipulate to the dismissal of the above-captioned action, in its entirety, with prejudice, each party to bear its own costs, with all rights of appeal waived.

| The Plaintiff | The Defendants |
|---|---|
| STANLEY LISZEWSKI, | LUCENT TECHONOLGIES LONG TERM DISABILITY PLAN and CONNECTICUT GENERAL LIFE INSURANCE COMPANY, |
| | By their Counsel: |
| /s/Stephen L. Raymond | /s/Katherine R. Parsons |
| Stephen L. Raymond, Esq. | David B. Crevier, BBO # 557242 |
| 3 Washington Square, Suite 206 | Katherine R. Parsons, BBO # 657280 |
| Haverhill, MA 01830 | Crevier & Ryan, LLP |
| Tel: 978-372-6590 | 1500 Main Street, Suite 2020 |
| Fax: 978-372-6596 | Springfield, MA 01115 |
| | Tel: 413-787-2400 |
| | Fax: 413-781-8235 |
| | Emails: dcrevier@crevierandryan.com |
| | kparsons@crevierandryan.com |

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on this 12th day of April 2006.

/s/Katherine R. Parsons